██ In the Matter of MITCHELL RACHLIN, a Disbarred Attorney.
[994 NYS2d 310]—

Motion by Mitchell Rachlin for reinstatement to the bar as an attorney and counselor-at-law. Mr. Rachlin was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on February 25, 1976. By opinion and order of this Court dated November 30, 1998, Mr. Rachlin was disbarred pursuant to Judiciary Law § 90 (4) upon his conviction of a felony (see Matter of Rachlin, 250 AD2d 179 [1998]). By decisions and orders on motion of this Court dated April 15, 2005, and July 6, 2010, respectively, Mr. Rachlin's first and second motions for reinstatement were denied. By decision and order on motion of this Court dated January 24, 2014, Mr. Rachlin's third motion for reinstatement was held in abeyance and the matter was referred to the Committee on Character and Fitness to investigate and report on his current fitness to practice law.

Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Mitchell Rachlin is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Mitchell Rachlin to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Skelos and Balkin, JJ., concur.